83,214-01,02

April 23, 2015

Court OF Criminal Appeals
Clerk Abel Acosta
201 W. 14th St, Rm 106
P.O. Box 12308
Austin, Texas 78711-2308

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 27 2015

Abel Acosta, Clerk

Re: Status of Post conviction Writ Habeas Corpus
#1408898-A    and 1438396-A

Dear Clerk

    The requested status updated is needed
on the above cause number from Harris County, Tx.
The District Court of the 262nd District Court.
Please note the Post-conviction writ was
file on March 19, 2015

Your assistance is appreciated
                                    Sincerely Your

ec. file
    clerk/CCA                    x Reginald Hagan Jr
                                  Reginald Hagan Jr
                                  #1962892
                                  1400 FM 3452
                                  Palestine, Tx 75803